No. D–1820. IN RE DISBARMENT OF FRANZEN. Disbarment entered. [For earlier order herein, see *ante*, p. 1133.]

No. D–1824. IN RE DISBARMENT OF BARRON. Disbarment entered. [For earlier order herein, see *ante*, p. 1134.]

No. D–1826. IN RE DISBARMENT OF PICCIRILLI. Disbarment entered. [For earlier order herein, see *ante*, p. 1134.]

No. D–1828. IN RE DISBARMENT OF NEWELL. Disbarment entered. [For earlier order herein, see *ante*, p. 1134.]

No. D–1829. IN RE DISBARMENT OF DYSON. Disbarment entered. [For earlier order herein, see *ante*, p. 1135.]

No. D–1834. IN RE DISBARMENT OF APOLLO. Disbarment entered. [For earlier order herein, see *ante*, p. 1135.]

No. D–1835. IN RE DISBARMENT OF BECKMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 1135.]

No. D–1839. IN RE DISBARMENT OF SARANELLO. Joseph Anthony Saranello, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1840. IN RE DISBARMENT OF GILBERT. Ronald Bart Gilbert, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1841. IN RE DISBARMENT OF SEGAL. Theodore Joseph Segal, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.